

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 11, 2019

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Marco Aurelio Rosales*, et al., 18 Cr. 352 (NRB)

Dear Judge Buchwald:

The Government respectfully submits this letter to request that the Court adjourn the status conference—currently scheduled for December 16, 2019 at 3:15 p.m.—for a period of forty-five days.

The Court previously held an initial conference in this matter on October 21, 2019. Since that time, the parties have been actively discussing a potential resolution of this matter. Accordingly, the Government respectfully requests, with the consent of defense counsel, that the Court adjourn the status conference for a period of forty-five days, in order to permit the parties to continue those discussions. The Government further requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 16, 2019 until the date of the next conference, for the parties to continue discussing a potential resolution of this matter.

*[Handwritten annotation: The conference is adjourned until January 29, 2020 at 3:15. So Ordered. /s/ Naomi Reice Buchwald, USDJ, 12/11/19]*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/
Alison G. Moe
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2225/2616

Cc: Jessica Masella, Esq. (By ECF)