

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2020

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Marco Aurelio Rosales,* 18 Cr. 352 (NRB)

Dear Judge Buchwald:

    The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the status conference presently scheduled for April 6, 2020, at 3:30 p.m., to a date and time convenient to the Court on or after June 1, 2020.

    The parties also respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 6, 2020, until the date of the rescheduled status conference, in light of the circumstances of the COVID-19 pandemic and in order to permit the parties additional time to discuss a potential pretrial resolution of the case.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: /s/ Robert B. Sobelman
    Alison G. Moe
    Robert B. Sobelman
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel.: (212) 637-2225 / 2616 / 2270

cc: Jessica Masella, Esq. (via ECF)

Application granted.  Conference adjourned until June 15, 2020 at 2:30 p.m.  Speedy trial time is excluded until that date.
Dated:  April 1, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE