**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2020

> The status conference is adjourned until August 20, 2020 at 2:30 p.m.  Speedy trial time is excluded through that date.  18 U.S.C. § 3161(h)(7)(A).
>
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated: June 4, 2020

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Marco Aurelio Rosales,* **18 Cr. 352 (NRB)**

Dear Judge Buchwald:

    The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, and to provide the parties additional time to discuss a potential pretrial disposition, the Court adjourn the status conference presently scheduled for June 15, 2020, at 2:30 p.m., to a date and time convenient to the Court on or after August 17, 2020.

    The parties also respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from June 15, 2020, until the date of the rescheduled status conference, in light of the circumstances of the COVID-19 pandemic and in order to permit the parties additional time to discuss a potential pretrial resolution of the case.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: *[signature: Robert B. Sobelman]*
    Alison G. Moe
    Robert B. Sobelman
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel.: (212) 637-2225 / 2616 / 2270

cc: Jessica Masella, Esq. (via ECF)