U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 5, 2020

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Marco Aurelio Rosales,* **18 Cr. 352 (NRB)**

Dear Judge Buchwald:

The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of guidance from the Centers for Disease Control and Prevention and other public health authorities regarding the risks of COVID-19 exposure, and to permit the parties additional time to discuss a potential pretrial disposition in this case, the Court adjourn for approximately sixty (60) days the conference scheduled for August 20, 2020, at 2:30 PM.

The parties also respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from August 20, 2020, until the date of the rescheduled status conference, in light of the circumstances of the COVID-19 pandemic and in order to permit additional time for discussions regarding a potential pretrial resolution.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: /s/ *Jarrod L. Schaeffer*

Alison G. Moe
Robert B. Sobelman
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.: (212) 637-2225 / 2616 / 2270

[Handwritten annotation: The conference is adjourned until October 22, 2020 at 11:30 am. Speedy trial time excluded. So Ordered. Naomi Reice Buchwald, USDJ 8/6/20]

cc:   Jessica Masella, Esq. (via ECF)