

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2020

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Marco Aurelio Rosales,* 18 Cr. 352 (NRB)

Dear Judge Buchwald:

      The Government respectfully submits this letter on behalf of both parties to jointly request that, in order to permit the parties additional time to discuss a potential pretrial disposition in this case and in light of guidance from public health authorities regarding risks related to COVID-19 exposure, the Court adjourn for approximately forty-five (45) days the conference currently scheduled for October 22, 2020, at 11:30 AM. The parties understand that December 7, 2020, may be convenient for the Court and, if so, respectfully request that the conference be rescheduled to that date.

      The parties also respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 22, 2020, until the date of the rescheduled status conference, in light of the circumstances of the COVID-19 pandemic and in order to permit additional time for discussions regarding a potential pretrial resolution.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: */s/ Jarrod L. Schaeffer*

    Alison G. Moe
    Robert B. Sobelman
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel.: (212) 637-2225 / 2616 / 2270

```
Application granted.  The status
conference is adjourned until
December 7, 2020 at 10:30 a.m.
Speedy trial time is excluded
through that date. 18 U.S.C. §
3161(h)(7)(A).
```
**SO ORDERED.**

*[Signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:   New York, New York
         October 9, 2020
   cc:   Jessica Masella, Esq. (via ECF)
```