

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Marco Aurelio Rosales,* 18 Cr. 352 (NRB)

Dear Judge Buchwald:

      The Government respectfully submits this letter on behalf of both parties to jointly request that, in order to permit the parties additional time to discuss a potential pretrial disposition in this case and in light of guidance from public health authorities regarding risks related to COVID-19 exposure, the Court adjourn for approximately thirty (30) days the conference currently scheduled for January 20, 2021, at 10:30 AM.

      The parties also respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 20, 2021, until the date of the rescheduled status conference, in light of the circumstances of the COVID-19 pandemic and in order to permit additional time for discussions regarding a potential pretrial resolution.

```
Application granted. The status
conference is adjourned until
February 22, 2021 at 10:30
a.m. The Court excludes time
under the Speedy Trial Act
until that date.  See 18
U.S.C. § 3161(h)(7)(A).
SO ORDERED.
```

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: */s/ Jarrod L. Schaeffer*

    Alison G. Moe
    Robert B. Sobelman
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel.:  (212) 637-2225 / 2616 / 2270

*[Signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:  New York, New York
         January 5, 2021
cc:    Jessica Masella, Esq. (via ECF)
```