

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Marco Aurelio Rosales,* 18 Cr. 352 (NRB)

Dear Judge Buchwald:

      The Government respectfully submits this letter on behalf of both parties to jointly request that, in order to permit the parties additional time to discuss a potential pretrial disposition in this case and in light of guidance from public health authorities regarding risks related to COVID-19 exposure, the Court adjourn for approximately thirty (30) days the conference currently scheduled for February 24, 2021, at 12:00 PM.[1]

      The parties also respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from February 22, 2021 (the prior date of the upcoming conference), until the date of the rescheduled status conference, in light of the circumstances of the COVID-19 pandemic and in order to permit additional time for discussions regarding a potential pretrial resolution.

```
Application granted.  The status
conference is adjourned until
Monday, March 29, 2021 at 12:00 p.m.
The Court excludes Speedy Trial Time
through that date.  See 18 U.S.C. §
3161(h)(7)(A),
SO ORDERED.
```

      *[signature]*
      NAOMI REICE BUCHWALD
      UNITED STATES DISTRICT JUDGE

```
Dated:  New York, New York
        February 19, 2021
    cc:   Jessica Masella, Esq. (via ECF)
```

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: */s/ Jarrod L. Schaeffer*

    Alison G. Moe
    Robert B. Sobelman
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel.: (212) 637-2225 / 2616 / 2270

---

[1] The parties understand that the conference previously scheduled for February 22, 2021, has been moved to February 24, 2021, due to administrative constraints.