

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T   212.335.4829

August 2, 2021

*Via* ECF

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Marco Aurelio Rosales*, 18 Cr. 352 (NRB)

Dear Judge Buchwald:

    I am writing on behalf of Marco Aurelio Rosales, the defendant in the above-referenced case, to respectfully request an adjournment of the sentencing date in this matter until a date during the week of September 27, 2021.  The reason for the requested adjournment is to allow the defendant and counsel to continue gathering and preparing the materials needed for sentencing.  Mr. Rosales is currently detained at the MDC and he can only review the Pre-Sentence Report and sentencing materials with the aid of a Spanish interpreter, so the preparation for sentencing is taking counsel and Mr. Rosales additional time.  I have spoken to counsel for the government, and they do not object to the requested adjournment.

                                      Respectfully submitted,

                                      DLA Piper LLP (US)

                                      s/Jessica A. Masella

                                      Jessica A. Masella
                                      Partner

                                      *Counsel for Defendant Marco Aurelio Rosales*

cc:   All Counsel of Record (via ECF)

```
Application granted.  The
sentencing is adjourned until
Tuesday, September 28 at
12:00 p.m.  Defendant's
submission shall be due
September 14 and the
Government's submission shall
be due September 21.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
          August 3, 2021