

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T   212.335.4829

November 9, 2021

V*IA* ECF

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Marco Aurelio Rosales*, 18 Cr. 352 (NRB)

Dear Judge Buchwald:

    I am writing on behalf of Marco Aurelio Rosales, the defendant in the above-referenced case, to respectfully request an adjournment of the sentencing date in this matter until December 7, 2021. The reason for the requested adjournment is to allow the defendant and counsel to continue gathering and preparing the materials needed for sentencing. Mr. Rosales is currently detained, and he can only review the Pre-Sentence Report and sentencing materials with the aid of a Spanish interpreter, so the preparation for sentencing is taking counsel and Mr. Rosales additional time. I have spoken to counsel for the government, and they do not object to the requested adjournment.

                                                   Respectfully submitted,

                                                   DLA Piper LLP (US)

                                                   s/Jessica A. Masella

                                                   Jessica A. Masella
                                                   Partner

                                                   *Counsel for Defendant Marco Aurelio Rosales*

cc:   All Counsel of Record (via ECF)

Application granted. Defendant's sentencing hearing is adjourned until December 7, 2021 at 12:00 p.m. Defendant's sentencing submission is due November 23, 2021 and the Government's submission is due November 30, 2021. **SO ORDERED.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        November 10, 2021