

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T   212.335.4829

November 30, 2021

*VIA ECF*

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Marco Aurelio Rosales*, 18 Cr. 352 (NRB)

Dear Judge Buchwald:

    I am writing on behalf of Marco Aurelio Rosales, the defendant in the above-referenced case, to respectfully request an adjournment of the sentencing date in this matter until a date during the week of January 31, 2022.  The reason for the requested adjournment is to allow the defendant and counsel to continue gathering and preparing the materials needed for sentencing.  Mr. Rosales is currently detained, and he can only review the Pre-Sentence Report and sentencing materials with the aid of a Spanish interpreter, so the preparation for sentencing is taking counsel and Mr. Rosales additional time.  I have spoken to counsel for the government, and they do not object to the requested adjournment.

          Respectfully submitted,

          DLA Piper LLP (US)

          s/Jessica A. Masella

          Jessica A. Masella
          Partner

          *Counsel for Defendant Marco Aurelio Rosales*

cc:   All Counsel of Record (via ECF)

---

Application granted.  The sentencing hearing is adjourned until February 2, 2022 at 12:00 pm.  Defendant's submission is due January 19, 2022 and the Government's submission is due January 26, 2022.  **SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 1, 2021